164 So. 911

**Eddie ROPER v. STATE.**

**6 Div. 808.**

Supreme Court of Alabama.

Dec. 12, 1935.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

The appeal in this case is upon the record proper, there being no bill of exceptions; but, fully mindful of our duty in

cases of this character, we have carefully read and considered the record before us, and, finding no reversible error, the judgment of the court below is affirmed.

Affirmed.

All the Justices concur, except ANDERSON, C. J., not sitting.